Abraham J. Colman (SBN 146933)
Email:   acolman@reedsmith.com
Raymond Y. Kim (SBN 251210)
rkim@reedsmith.com
REED SMITH LLP
355 South Grand Avenue, Suite 2900
Los Angeles, CA  90071-1514
Telephone: +1 213 457 8000
Facsimile: +1 213 457 8080

Le T. Duong (SBN 297662)
lduong@reedsmith.com
REED SMITH LLP
101 Second Street, Suite 1800
San Francisco, CA  94105-3659
Telephone: +1 415 543 8700
Facsimile: +1 415 391 8269

Attorneys for Defendant
Barclays Bank Delaware

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

| | |
|---|---|
| OLIVER CRISTOBAL,<br><br>            Plaintiff,<br><br>     v.<br><br>Experian Information Solutions, Inc.; Equifax, Inc.; Credit First, National Association; Barclay's Bank Delaware and DOES 1 through 100 inclusive,<br><br>            Defendants. | Case No. 3:16-cv-06328-RS<br><br>**STIPULATION TO EXTEND BARCLAYS BANK DELAWARE'S TIME TO FILE RESPONSE IN SUPPORT OF MOTION TO DISMISS PLAINTIFF'S COMPLAINT AND [~~PROPOSED~~] ORDER**<br><br>Date:      March 16, 2017<br>Time:     1:30 p.m.<br>Place:    Courtroom 3<br><br>Compl. Filed:      November 1, 2016<br><br>Honorable Judge Richard Seeborg<br><br>[L.R. 6-2] |

Case No. 3:16-cv-06328-RS

1  This Stipulation to Extend Time to File Response in support of Motion to Dismiss Complaint
2 is made by and between Plaintiff Oliver Cristobal ("Plaintiff") and Defendant Barclays Bank
3 Delaware ("Barclays") (collectively the "Parties") through their respective counsel, in light of the
4 following facts:

**RECITALS**

6  On December 5, 2016, Barclays filed a Motion to Dismiss Plaintiff's Complaint with a
7 noticed hearing date of March 16, 2017;
8  On December 19, 2016, Plaintiff filed an Opposition to Barclays' Motion to Dismiss;
9  Barclays' Response in support of the Motion to Dismiss is due on or before December 27,
10 2016;
11  The Parties have reached a settlement in this matter and are in the process of preparing the
12 settlement agreement;
13  The Parties agree to extend Barclays' time to file a Response in support of the Motion to
14 Dismiss by 30 days to January 26, 2017 so that the Parties can prepare and execute the settlement
15 agreement and file a Stipulation to Dismiss Barclays from this action with prejudice;
16  This extension will not affect the scheduled hearing date for the Motion to Dismiss on March
17 16, 2017;
18  There is good cause to grant this Joint Motion because the Parties require additional time to
19 prepare and execute the settlement agreement and file a Stipulation to Dismiss Barclays from this
20 action with prejudice within the next 30 days.
21 /////
22 /////
23 /////
24 /////
25 /////
26 /////
27 /////
28 Case No. 3:16-cv-06328-RS                – 1 –

JOINT STIPULATION TO EXTEND BARCLAYS BANK DELAWARE'S TIME TO FILE RESPONSE IN
SUPPORT OF MOTION TO DISMISS PLAINTIFF'S COMPLAINT AND [PROPOSED] ORDER

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

# STIPULATION

Pursuant to Civil Local Rule 6-2, Plaintiff and Barclays stipulate and respectfully request that Barclays' deadline to file a Response in Support of the Motion to Dismiss be extended to Thursday, January 26, 2017.

DATED:  December 27, 2016        REED SMITH LLP

By:   /s/  Le T. Duong
      Le T. Duong
      *Attorney for Defendant*
      Barclays Bank Delaware
      lduong@reedsmith.com


DATED:  December 27, 2016        SAGARIA LAW, P.C.

By:   /s/  Elliot w. Gale
      Elliot W. Gale
      *Attorney for Plaintiff*
      Oliver Cristobal

Case No. 3:16-cv-06328-RS           – 2 –

**[PROPOSED] ORDER**

PURSUANT TO THE STIPULATION, AND FOR GOOD CAUSE SHOWING, IT IS SO ORDERED that Barclays Bank Delaware's deadline to file a Response in support of the Motion to Dismiss Plaintiff Oliver Cristobal's Complaint is extended to January 26, 2017.

Dated: 1/25/17

_____
The Honorable Richard Seeborg
United States District Judge

Case No. 3:16-cv-06328-RS — 3 —