Raymond Y. Kim (SBN 251210)
Email:   rkim@reedsmith.com
REED SMITH LLP
355 South Grand Avenue
Suite 2900
Los Angeles, CA  90071-1514
Telephone: +1 213 457 8000
Facsimile: +1 213 457 8080

Le T. Duong (SBN 297662)
Email:   lduong@reedsmith.com
REED SMITH LLP
101 Second Street
Suite 1800
San Francisco, CA  94105-3659
Telephone: +1 415 543 8700
Facsimile: +1 415 391 8269

Attorneys for Defendant
Barclays Bank Delaware

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| OLIVER CRISTOBAL,<br>           Plaintiff,<br><br>   vs.<br><br>Experian Information Solutions, Inc.; Equifax, Inc.; Credit First, National Association; Barclay's Bank Delaware and DOES 1 through 100 inclusive,<br>           Defendants. | Case No.: 3:16-cv-06328-RS<br><br>**JOINT STIPULATION TO DISMISS BARCLAYS BANK DELAWARE WITH PREJUDICE AND [PROPOSED] ORDER**<br><br>Compl. Filed:    November 1, 2016<br><br>Honorable Richard Seeborg |

IT IS HEREBY STIPULATED by and between Plaintiff Oliver Cristobal and Defendant Barclays Bank Delaware that Barclays Bank Delaware be dismissed from this action with prejudice pursuant to Federal Rules of Civil Procedure, section 41(a)(2), and that each party shall bear its own attorneys' fees and costs.

DATED:  March 1, 2017

REED SMITH LLP

By: ___/s/ Le T. Duong_____
    Le T. Duong
    Attorney for Defendant
    Barclays Bank Delaware

DATED:  March 1, 2017

SAGARIA LAW, P.C.

By: ___/s/ Elliot Gale_____
    Elliot Gale
    *[As Authorized on March 1, 2017]*
    Attorney for Plaintiff
    Oliver Cristobal

**IT IS SO ORDERED.**

DATED: March  3 , 2017

_____
The Honorable Richard Seeborg

– 1 –

JOINT STIPULATION TO DISMISS BARCLAYS BANK DELAWARE
WITH PREJUDICE AND [PROPOSED] ORDER